# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

XIAOLIN LI,

        Plaintiff,

v.                                         **ORDER**
                                         Civil File No. 19-1267 (MJD/ECW)

FRANCHOICE, INC., and
PETER GILFILLAN,

        Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 49].

2. Defendants' Motion for Partial Dismissal of Amended Complaint Pursuant to Rule 12(b)(6) [Docket No. 12] is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. Defendants' Motion is **GRANTED** as to Plaintiff's claim under the Minnesota Franchise Act, and that claim is **DISMISSED WITHOUT PREJUDICE**; and

b. Defendants' Motion is **DENIED** as to Plaintiff's claims under the New York Franchise Sales Act and the Illinois Franchise Disclosure Act.

Dated: January 16, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court